| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK | AFFIDAVIT OF SERVICE |
|---|---|
| COUNTY OF | ATTORNEY: BERGSTEIN |
| | FF/INDEX #: |
| MARIE RETTBERG | DATE FILED: 6/27/08 |
| | DOCKET #: |
| | CASE NO.: 08 CIV. 5798 |
| Plaintiff(s)/Petitioners(s) | JUDGE ROBINSON |
| - AGAINST - | |
| JOINT RECREATION COMMISSION OF THE TOWN/VILLAGE OF GOSHEN, ET AL. | |
| | COURT D/T: |
| Defendants(s)/Respondent(s) | AMOUNT: |

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on 7/3/08 at 2:25 PM at 276 MAIN STREET
GOSHEN, NEW YORK 10924

deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT WITH INDEX # AND DATE OF FILING ENDORSED THEREON, INDIVIDUAL JUDGE'S PRACTICES & ELECTRONIC CASE FILING INSTRUCTIONS

on VILLAGE OF GOSHEN therein named

**CORPORATION** ☑ By delivering to and leaving with **SARA GOLDBERG** and that he knew the person
so served to be the **DEPUTY CLERK** of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE    THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**FEMALE, WHITE SKIN, DK BROWN HAIR, 25-33 YRS., 4'10"-5', 130-140 LBS.**

Other identifying features:

Sworn to before me on: 7/7/08

JOSEPH SHERLOCK

KATHLEEN GOULD

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20__
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20 10
4632958