**US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK**
**COUNTY OF**

**AFFIDAVIT OF SERVICE**

ATTORNEY: BERGSTEIN
FF/INDEX #:
DATE FILED: 6/27/08
DOCKET #:

CASE NO.: 08 CIV. 5798
JUDGE ROBINSON

MARIE RETTBERG

Plaintiff(s)/Petitioners(s)

- AGAINST -

JOINT RECREATION COMMISSION OF THE TOWN/VILLAGE OF GOSHEN, ET AL.

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on **7/7/08** at **11:50 AM** at **VILLAGE HALL, 276 MAIN STREET, GOSHEN, NY 10924**

deponent served the within **SUMMONS IN A CIVIL ACTION & COMPLAINT WITH INDEX # AND DATE OF FILING ENDORSED THEREON, INDIVIDUAL JUDGE'S PRACTICES & ELECTRONIC CASE FILING INSTRUCTIONS**

on **JOINT RECREATION COMMISSION OF THE TOWN/VILLAGE OF GOSHEN**   therein named

**CORPORATION** [✓] By delivering to and leaving with **BONNIE MAYEFSKY** so served to be the **GENERAL AGENT** and that he knew the person of the corporation, and authorized to accept service.

[ ] AND AT THE SAME TIME PAYING IN ADVANCE   THE AUTHORIZED FEE

**DESCRIPTION**   Deponent describes the individual served as follows:

FEMALE, WHITE SKIN, BROWN HAIR, 40-50 YRS., 5'4"-5'8", 130-140 LBS.

Other identifying features:

GLASSES, WAS SEATED

Sworn to before me on: 7/7/08

JOSEPH SHERLOCK

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20__
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958