# AFFIDAVIT OF SERVICE

**US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK**
COUNTY OF _____

ATTORNEY: BERGSTEIN
FF/INDEX #:
DATE FILED: 6/27/08
DOCKET #:
CASE NO.: 08 CIV. 5798
JUDGE ROBINSON

**MARIE RETTBERG**

Plaintiff(s)/Petitioners(s)

- AGAINST -

**JOINT RECREATION COMMISSION OF THE TOWN/VILLAGE OF GOSHEN, ET AL.**

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on **7/3/08** at **2:30 PM** at **41 WEBSTER AVENUE, GOSHEN, NEW YORK 10924**

deponent served the within **SUMMONS IN A CIVIL ACTION & COMPLAINT WITH INDEX # AND DATE OF FILING ENDORSED THEREON, INDIVIDUAL JUDGE'S PRACTICES & ELECTRONIC CASE FILING INSTRUCTIONS**

on **TOWN OF GOSHEN** therein named

**CORPORATION** [X] By delivering to and leaving with **VAL EISMA** so served to be the **TOWN CLERK** and that he knew the person of the corporation, and authorized to accept service.

[ ] AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**FEMALE, WHITE SKIN, BLONDE HAIR, 65-75 YRS., 5'2"-5'4", 120-130 LBS.**

Other identifying features:

**GLASSES**

Sworn to before me on: **7/7/08**

*JOSEPH SHERLOCK* (signature)

JOSEPH SHERLOCK

*Kathleen Gould* (signature)

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20__
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 2010
4632958