UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MARIE RETTBERG,

                      Plaintiff,

  -against-

JOINT RECREATION COMMISSION OF THE
TOWN/VILLAGE OF GOSHEN, TOWN OF GOSHEN
and VILLAGE OF GOSHEN,

                      Defendants.
-------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
08 Civ. 5798 (SCR)

    **PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants JOINT RECREATION COMMISSION OF THE TOWN/VILLAGE OF GOSHEN and TOWN OF GOSHEN, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
July 10, 2008

        MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
Attorneys for Defendants JOINT RECREATION COMMISSION OF THE TOWN/VILLAGE OF GOSHEN and TOWN OF GOSHEN

By: _____
    BRIAN S. SOKOLOFF (bss-7147)
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676
Our File No. 08-

TO: BERGSTEIN & ULLRICH, LLP
Attorneys for Plaintiff
15 Railroad Avenue
Chester, New York 10918