UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARIE RETTBERG,   Case No. 08-cv-5987 (SCR)

                Plaintiff,

                                                   **Notice of Appearance**

    -against-

JOINT RECREATION COMMISSION OF THE
TOWN/VILLAGE OF GOSHEN, TOWN OF GOSHEN
and VILLAGE OF GOSHEN,

                Defendants.
------------------------------------------------------------------X

       PLEASE TAKE NOTICE that LEWIS BRISBOIS BISGAARD & SMITH, attorneys for defendants Joint Recreation Commission of the Town/Village of Goshen and the Village of Goshen, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: New York, New York
       July 21, 2008

                                      LEWIS BRISBOIS BISGAARD & SMITH, LLP

                                      Mark K. Anesh (8303)
                                      Attorneys for Defendants
                                      *Joint Recreation Commission of the Town/Village*
                                      *of Goshen and Village of Goshen*
                                      199 Water Street, 25th Floor
                                      New York, New York 10038
                                      (212) 232-1300
                                      File No.: 50027-915

4832-2915-6866.1

To:

BERGSTEIN & ULLRICH, LLP
Helen G. Ullrich, Esq.
Attorneys for Plaintiff
*Marie Rettberg*
15 Railroad Avenue
Chester, New York 10918
(845) 469-1277

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Richard S. Sklarin, Esq.
Attorneys for Defendant
*Town of Goshen*
570 Taxter Road
Suite 561
Elmsford, NY 10523
(914) 345-6510

4832-2915-6866.1