# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

199 WATER STREET, SUITE 2500, NEW YORK, NY 10038
PHONE: 212.232.1300 | FAX: 212.232.1399 | WEBSITE: www.lbbslaw.com

MARK K. ANESH
DIRECT DIAL: 212.232.1411
E-MAIL: anesh@lbbslaw.com

July 29, 2008

FILE NO.
50027-915

**VIA ECF**

The Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, NY 10601

    Re:    *Marie Rettberg v. Joint Recreation Commission of the Town/Village of Goshen, Town of Goshen and Village of Goshen,*
            Case No. 08-cv-5798 (SCR)

Dear Judge Robinson:

    We are counsel to defendants Joint Recreation Commission of the Town/Village of Goshen and the Village of Goshen in the above-captioned matter.

    Attached please find an executed stipulation extending the time for all defendants to answer, respond, or make any motion relative to plaintiff's complaint from July 23rd and 28th respectively up to and including August 13, 2008 for all defendants. This is the defendants' first request for an extension and plaintiff's counsel has consented. We respectfully request that the stipulation be so-ordered.

    Should you have any questions, please do not hesitate to contact me at 212.232.1411. We wish to thank the Court in advance for its attention to this matter.

Very truly yours,

Mark K. Anesh for
LEWIS BRISBOIS BISGAARD & SMITH LLP

MKA
Attachment

ATLANTA | CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TAMPA | TUCSON

4828-9348-1474.1

LEWIS BRISBOIS BISGAARD & SMITH LLP

The Honorable Stephen C. Robinson
July 29, 2008
Page 2


cc:     BERGSTEIN & ULLRICH, LLP
        Helen G. Ullrich, Esq.
        Attorneys for Plaintiff
        *Marie Rettberg*
        15 Railroad Avenue
        Chester, New York 10918
        (845) 469-1277

        MIRANDA SOKOLOFF SAMBURSKY
        SLONE VERVENIOTIS LLP
        Richard S. Sklarin, Esq.
        Attorneys for Defendant
        *Town of Goshen*
        570 Taxter Road
        Suite 561
        Elmsford, NY 10523
        (914) 345-6510

4828-9348-1474.1

07/22/2008 10:45 FAX 8454695904          Bergstein&Ullrich,LLP                    ☒002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARIE RETTBERG,

                       Plaintiff,

      -against-

JOINT RECREATION COMMISSION OF THE
TOWN/VILLAGE OF GOSHEN, TOWN OF GOSHEN
and VILLAGE OF GOSHEN,

                       Defendants.
-------------------------------------------------------------X

Case No. 08-cv-5987 (SCR)

STIPULATION AND ORDER
TO EXTEND TIME

    IT IS HEREBY STIPULATED AND AGREED that the time for all defendants to answer, respond, or make any motion relative to plaintiff's complaint, is extended up to and including August 13, 2008.

Dated: New York, New York
       July 21, 2008

BERGSTEIN & ULLRICH, LLP

_____
Helen G. Ullrich (HU 6597)
Attorneys for Plaintiff
*Marie Rettberg*
15 Railroad Avenue
Chester, New York 10918
(845) 469-1277

LEWIS BRISBOIS BISGAARD & SMITH, LLP

_____
Mark K. Anesh (8303)
Attorneys for Defendants
*Joint Recreation Commission of the Town/Village of Goshen and Village of Goshen*
199 Water Street, 25th Floor
New York, New York 10038
(212) 232-1300
File No.: 50027-915

4816-5163-9810.1

07-29-'08 09:48 FROM-Miranda Sokoloff  914-345-6517  T-146  P002/003  F-218

07/22/2008 10:45 FAX 8484693804          Bergstein&Ullrich,LLP          ☒003

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP

*Richard S. Sklarin*

Richard S. Sklarin (RS    )
Attorneys for Defendant
*Town of Goshen*
570 Taxter Road
Suite 561
Elmsford, NY 10523
(914) 345-6510

SO ORDERED:

_____
USDJ

4816-5163-5610.1