07/22/2008 10:15 FAX 8454695904   BergsteinaUllrich, LLP   ☒002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MARIE RETTBERG,

                Plaintiff,

     -against-

JOINT RECREATION COMMISSION OF THE
TOWN/VILLAGE OF GOSHEN, TOWN OF GOSHEN
and VILLAGE OF GOSHEN,

                Defendants.
----------------------------------------X

Case No. 08-cv-5798 (SCR)

STIPULATION AND ORDER
TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED that the time for all defendants to answer, respond, or make any motion relative to plaintiff's complaint, is extended up to and including August 13, 2008.

Dated: New York, New York
       July 21, 2008

BERGSTEIN & ULLRICH, LLP

_____
Helen G. Ullrich (HU 6597)
Attorneys for Plaintiff
Marie Rettberg
15 Railroad Avenue
Chester, New York 10918
(845) 469-1277

LEWIS BRISBOIS BISGAARD & SMITH, LLP

_____
Mark K. Anesh (8303)
Attorneys for Defendants
Joint Recreation Commission of the Town/Village
of Goshen and Village of Goshen
199 Water Street, 25th Floor
New York, New York 10038
(212) 232-1300
File No.: 50027-915

4815-5165-9510.1

07/22/2005 10:45 FAX 8454888904        Bergstein&Ullrich,LLP        ☒003

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP

*Richard S. Sklarin* (RS    )
Richard S. Sklarin (RS    )
Attorneys for Defendant
Town of Goshen
570 Taxter Road
Suite 561
Elmsford, NY 10523
(914) 345-6510

SO ORDERED:

*Stephen C. Robinson*
USDJ        8/4/05